UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**RONALD E. RICHARDSON**,

        Plaintiff                 No. 3:10-cv-06365-ST

        v.                        **JUDGMENT**

**MICHAEL J. ASTRUE**,
Commissioner of Social Security,

        Defendant.

STEWART, Magistrate Judge:

    Based on the record, it is hereby ordered and adjudged that this case is dismissed with prejudice.

    Dated this 6th day of January, 2012.

                                                                     s/ Janice M. Stewart_____
                                                                     Janice M. Stewart
                                                                     United States Magistrate Judge